UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANDEEP K.,<br><br>    Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | No. 1:26-cv-00156-TLN-CSK<br><br>**ORDER** |

On January 12, 2026, the Court granted Petitioner Kirandeep K.'s ("Petitioner") Motion for a Temporary Restraining Order ("TRO") releasing Petitioner and ordered Respondents to show cause why a preliminary injunction should not issue on the same terms. (ECF No. 6.) In response, Respondents maintain the detention authority is lawful but otherwise, offer no additional argument. (ECF No. 8.)

The Court has already found Petitioner established each of the Winter elements sufficient to warrant relief as set forth in the TRO. (ECF No. 6.) Because the standard for issuing a TRO is "substantially identical" to the standard for issuing a preliminary injunction, *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), the Court incorporates its reasoning from the TRO and does not duplicate its analysis here.

Accordingly, and for reasons stated in the Courts's Order on Petitioner's Motion for a

1

TRO (ECF No. 6), the Court GRANTS a preliminary injunction.  Respondents are enjoined and restrained from imposing additional restrictions on Petitioner's terms of release, unless such restrictions are determined to be necessary at a future pre-deprivation/custody hearing. Respondents are further enjoined and restrained from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation/custody hearing before a neutral decisionmaker, where the Government shall bear the burden of proving by clear and convincing evidence that: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Petitioner poses a danger to the community or a flight risk.  Petitioner shall be allowed to have her counsel present at the hearing.

Pursuant to Local Rule 302(a), this matter is hereby REFERRED to the assigned Magistrate Judge for further proceedings, including consideration of the parties' stipulation regarding briefing on the habeas corpus petition (ECF No. 9).

IT IS SO ORDERED.

Date: January 22, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE