UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANDEEP K., | No. 1:26-cv-00156-TLN-CSK |
| Petitioner, | |
| v. | **ORDER** |
| CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility, et al., | |
| Respondents. | |

Petitioner Kirandeep K. ("Petitioner"),[1] a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the magistrate judge filed findings and recommendations herein which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 15.)  Neither party filed objections to the findings and recommendations.

---

[1]   As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initial, to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 15) are ADOPTED IN FULL;

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED; and

3.  A permanent injunction is issued enjoining and restraining respondents from re-detaining Petitioner Kirandeep K. unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that her physical custody is legally justified. Petitioner shall be allowed to have her counsel present at any such hearing; and

4.  The Clerk of the Court is directed to enter judgment for petitioner close this case.

IT IS SO ORDERED.

Date: March 31, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE